# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN PENN BIVINS,<br><br>    Plaintiff,<br><br>    v.<br><br>MARCO RODRIGUEZ, et al.,<br><br>    Defendants. | No. 2:18-CV-2671-JAM-DMC-P<br><br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court are: (1) plaintiff's document captioned "Affidavit for Subpoena Duces Tecum" (ECF No. 38); and (2) non-party California Highway Patrol's objections to plaintiff's subpoena (ECF No. 39).

To the extent plaintiff seeks an order compelling production of documents pursuant to his subpoena, his motion is defective because he has not indicated that he attempted in good faith to meet and confer to resolve the dispute informally. See Fed. R. Civ. P. 37(a)(1); see also E. Dist. Cal. Local Rule 251(b). Plaintiff's motion will be denied. To the extent non-party California Highway Patrol seeks an order quashing plaintiff's subpoena, California Highway Patrol has not properly brought such a request before the court by way of a motion under Federal Rule of Civil Procedure 45(d)(3). Non-party California Highway Patrol's objections to plaintiff's subpoena will be overruled without prejudice to raising them in a properly noticed motion to

1

quash.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion (ECF No. 38) is denied; and
2. Non-party California Highway Patrol's objections (ECF No. 39) are overruled without prejudice.

Dated: April 22, 2019

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE