IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN PENN BIVINS, | No. 2:18-CV-2671-JAM-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| MARCO RODRIGUEZ, et al., | |
| Defendants. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983 and <u>Bivens v. Six Unknown Federal Narcotics Agents</u>, 403 U.S. 388 (1971). Pending before the court is plaintiff's motion for contempt (ECF No. 63).

Plaintiff seeks an order of contempt against defendant Sarabia "for ignoring several subpoenas and withholding key evidence and information in a federal lawsuit." ECF No. 63, pg. 1. Plaintiff provides no supporting information, argument, or documentation.

Plaintiff's motion will be denied. To the extent plaintiff seeks sanctions for failure to provide discovery, his motion is premature in that the court has not issued a scheduling order opening discovery. Moreover, as a motion to compel discovery and for an award of sanctions, plaintiff's motion is defective in that he has not provided a copy of the discovery in dispute, any indication of a meet-and-confer effort, or any argument as to why discovery should be compelled and sanctions awarded.

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for contempt (ECF No. 63) is denied.

Dated: January 8, 2020

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE