**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOHN PENN BIVINS, | No. 2:18-CV-2671-JAM-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| MARCO RODRIGUEZ, et al., | |
| Defendants. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

On January 13, 2020, the Magistrate Judge filed findings and recommendations herein which were served on the parties and which contained notice that the parties may file objections within the time specified therein. Timely objections to the findings and recommendations have been filed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304(f), this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

///

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed on January 13, 2020, are adopted in full;
2. Defendant Rodriguez's motion to dismiss (ECF No. 56) is granted, and
3. Defendant Rodriguez is dismissed as a party to this action;
4. Defendant Sarabia's motion to dismiss (ECF No. 43) is granted; and
5. This action shall proceed solely on plaintiff's Fourth Amendment claim against defendant Sarabia.

DATED: May 5, 2020

/s/ John A. Mendez_____
UNITED STATES DISTRICT COURT JUDGE