1

2

3

4

5

6

7

8                    **IN THE UNITED STATES DISTRICT COURT**

9                 **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11     JOHN PENN BIVINS,                        No.  2:18-CV-2671-JAM-DMC-P

12                    Plaintiff,

13           v.                                 ORDER

14     CHRIS SARABIA,

15                    Defendant.

16

17            Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to

18     42 U.S.C. § 1983. On January 13, 2020, the Magistrate Judge filed findings and recommendations

19     (ECF No. 69), recommending, in part, that plaintiff's action proceed solely on his Fourth

20     Amendment claim against defendant Sarabia. On May 6, 2020, the District Judge adopted the

21     findings and recommendations in full. See ECF No. 80. Thus defendant Sarabia must now submit

22     an answer to plaintiff's amended complaint.

23            Additionally, the Court notes that plaintiff has submitted a motion for the Court to

24     compel a public defender to release certain redacted documents. See ECF No. 78. First, the Court

25     has not yet issued an order commencing discovery and any request for a party or non-party to

26     comply with a discovery request is premature. Second, plaintiff is mistaken in assuming that the

27     Court has authority, at this stage, to compel a non-party to supply him with his requested

28     documents. The proper vehicle for requesting production of documents from a non-party is a

                                                      1

1  subpoena. See Fed. R. Civ. P. 45.

2          Accordingly, IT IS HEREBY ORDERED that:

3          1.     Defendant Sarabia shall file an answer to plaintiff's first amended

4  complaint within 30 days of the date of this order; and

5          2.     Plaintiff's motion to compel release of documents (ECF No. 78) is denied.

6

7

8  Dated:  June 19, 2020

9  DENNIS M. COTA

10  UNITED STATES MAGISTRATE JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28