**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOHN PENN BIVINS, | No. 2:18-CV-2671-JAM-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| CHRIS SARABIA, | |
| Defendant. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. On May 6, 2020, the District Judge adopted the Court's findings and recommendations (ECF No. 69), dismissing certain defendants and claims and allowing the action to proceed solely on plaintiff's Fourth Amendment claim against defendant Sarabia. See ECF No. 80. On May 20, 2020, plaintiff filed a Notice of Appeal to the Ninth Circuit Court of Appeals challenging the May 6, 2020, order. See ECF No. 82. On June 25, 2020, the appellate court denied review for lack of jurisdiction. See ECF No. 87. Subsequently, defendant filed an answer to plaintiff's complaint and this Court issued its discovery and scheduling order on July 9, 2020. See ECF Nos. 89 and 90.

The Court's June 19, 2020, order requiring defendant Sarabia to respond to plaintiff's complaint – issued while appellate review was pending – will be vacated as having been issued in error.

1

On June 25, 2020, defendant filed a motion seeking clarification of the June 19, 2020, order requiring an answer be filed. See ECF No. 86. On June 26, 2020 – following the appellate court's order dismissing the appeal – defendant moved to withdraw his June 25, 2020, motion. See ECF No. 88. Defendant's motion to withdraw the June 25, 2020, motion will be granted.

Finally, plaintiff has filed a request that the Court order defendant to file an answer. See ECF No. 91. Because defendant has already filed his answer, plaintiff's request will be denied as unnecessary.

Accordingly, IT IS HEREBY ORDERED that:

1. The Court's June 19, 2020 order (ECF No. 84) is vacated;

2. Defendant' motion (ECF No. 88) to withdraw his June 25, 2020, motion is granted and the Clerk of the Court is directed to terminate defendant's June 25, 2020, motion (ECF No. 86) as a pending matter on the Court's docket; and

3. Plaintiff's request (ECF No. 91) for an order requiring defendant to file an answer is denied as unnecessary.

Dated:  July 14, 2020

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE