**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOHN PENN BIVINS, | No. 2:18-CV-2671-JAM-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| CHRIS SARABIA, | |
| Defendant. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court are the parties' motions, ECF Nos. 93 and 96, to modify the Court's July 9, 2020, scheduling order. Both parties seek similar modifications in the schedule to allow additional time to conduct discovery. Good cause appearing therefor, the parties' motions are granted and the Court's scheduling order is modified as outlined below.

    1.    The parties may conduct discovery until February 9, 2021. All requests for discovery pursuant to Fed. R. Civ. P. 30, 31, 33, 34, 36, and 45 shall be served by this discovery cut-off date. Any motions necessary to compel discovery shall be filed within 60 from this cut-off date; and

/ / /

/ / /

/ / /

2. All dispositive motions shall be filed within 90 days after the discovery cut-off date specified above.

IT IS SO ORDERED.

Dated: October 16, 2020

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE