IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN PENN BIVINS,<br><br>    Plaintiff,<br><br>  v.<br><br>CHRIS SARABIA,<br><br>    Defendant. | No. 2:18-CV-2671-JAM-DMC-P<br><br><br><br>ORDER |

      Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is Plaintiff's motion, ECF No. 101, for issuance of a subpoena. Good cause appearing therefor, Plaintiff's motion is granted. The Clerk of the Court is directed to issue a signed blank subpoena form. The Court sua sponte re-opens discovery for an additional 60 days from the date of this order for the limited purpose of allowing Plaintiff to serve his subpoena and the parties to file any motions relating to the subpoena.

      IT IS SO ORDERED.

Dated: April 12, 2021

                              DENNIS M. COTA
                              UNITED STATES MAGISTRATE JUDGE