IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN PENN BIVINS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CHRIS SARABIA,<br><br>　　　　Defendant. | No. 2:18-CV-2671-JAM-DMC-P<br><br><br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is Plaintiff's request, ECF No. 105, for notification as to when his opposition to Defendant's motion for summary judgment is due. Plaintiff's request, which is construed as a motion, is denied. A review of the docket reflects that Plaintiff timely filed his opposition to Defendant's motion for summary judgment, which the Court considered in its December 8, 2021, findings and recommendations, which have now been submitted to the District Judge for review.

　　　　IT IS SO ORDERED.

Dated: February 11, 2022

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　DENNIS M. COTA
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1