IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN PENN BIVINS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CHRIS SARABIA,<br><br>　　　　Defendant. | No. 2:18-CV-2671-JAM-DMC-P<br><br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the Court is Plaintiff's motion, ECF No. 123, to refer this matter to the Court's Alternative Dispute Resolution Program for a settlement conference.  Defendant has filed an opposition, ECF No. 124.  Based on Defendant's opposition in which he states that a settlement conference would not be productive, the Court is not inclined to refer the case for a settlement conference.  Plaintiff's motion is, therefore, denied.

　　　　IT IS SO ORDERED.

Dated:  May 27, 2022

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　DENNIS M. COTA
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE