IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN PENN BIVINS,<br><br>    Plaintiff,<br><br>  v.<br><br>CHRIS SARABIA,<br><br>    Defendant. | No. 2:18-CV-2671-JAM-DMC-P<br><br><br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is Plaintiff's motion, ECF No. 125, for an extension of time to file a status report. Good cause appearing therefor based on Plaintiff's declaration indicating the need for additional time due to limited prison law library access, Plaintiff's motion is granted. Plaintiff shall file his status report consistent with the Court's April 25, 2022, order, within 30 days of the date of this order.

    IT IS SO ORDERED.

Dated: May 27, 2022

                                                  DENNIS M. COTA
                                                  UNITED STATES MAGISTRATE JUDGE