IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN PENN BIVINS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CHRIS SARABIA,<br><br>　　　　Defendant. | No. 2:18-CV-2671-DAD-DMC-P<br><br><br><br>ORDER |

　　　　Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. The parties have submitted pre-trial statements and, on referral from the District Judge, the undersigned will issue a final pre-trial order separately on the papers. Also before the Court is Plaintiff's motion for trial-setting. See ECF No. 143. By this order, the Court grants Plaintiff's motion for trial-setting and sets dates for a trial confirmation hearing before the District Judge and for commencement of a jury trial before the District Judge, such dates to also be reflected in the final pre-trial order.

/ / /

/ / /

/ / /

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED as follows:

1. Plaintiff's motion, ECF No. 143, for trial-setting in this case is GRANTED.

2. A trial confirmation hearing is set for <u>June 11, 2024, at 1:30 p.m.</u>, via Zoom before the District Judge.

3. A seven-day jury trial is set to commence on <u>July 8, 2024, at 9:00 a.m.</u>, before the District Judge in Sacramento, California.

Dated:  March 15, 2024

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE