IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN PENN BIVINS,<br><br>    Plaintiff,<br><br>    v.<br><br>CHRIS SARABIA,<br><br>    Defendant. | No. 2:18-CV-2671-DAD-DMC-P<br><br><br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is Defendant's motion to modify the dates set in the Court's March 18, 2024, order.

In the March 18, 2024, order, the Court set dates for a trial confirmation hearing before the District Judge and for commencement of a jury trial before the District Judge. See ECF No. 145. In the pending motion to modify this schedule, counsel for Defendant states that she has a conflict with the trial date set in this case due to a trial which had already been scheduled to commence in Fresno County. Counsel indicates that this conflict was brought to the District Judge's attention in a hearing in another matter on April 9, 2024.

/ / /

/ / /

/ / /

1

Good cause appearing therefor, the March 18, 2024, order will be vacated. New dates for a trial confirmation hearing and commencement of a jury trial will be set upon resolution of Defendant's motion relating to expert witness discovery, which will be addressed separately.

Accordingly, IT IS HEREBY ORDERED as follows:

1. Defendant's motion to modify the schedule, ECF No. 147, is GRANTED.

2. The March 18, 2024, order is VACATED.

3. The trial confirmation hearing, set for June 11, 2024, at 1:30 p.m., before the District Judge, is VACATED.

4. The date for commence of a jury trial in this matter, set for July 8, 2024, at 9:00 a.m., is VACATED.

Dated: May 13, 2024

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE