UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN PENN BIVINS,

Plaintiff,

v.

CHRIS SARABIA,

Defendant.

No. 2:18-cv-02671-DAD-DMC (PC)

ORDER TO SHOW CAUSE

On June 8, 2026, Magistrate Judge Dennis M. Cota issued a pre-trial order setting a trial confirmation hearing for July 13, 2026 at 1:30 p.m. before District Judge Dale A. Drozd in Sacramento, California, Courtroom 4. (Doc. No. 157 at 15.) However, plaintiff Bivens failed to appear at that trial confirmation hearing. Accordingly, plaintiff is ORDERED TO SHOW CAUSE in writing by no later than July 27, 2026 why this action should not be dismissed due to his failure to prosecute this action as evidenced by his failure to appear at the trial confirmation hearing.

In addition, the court modifies the pre-trial order in this case to now require that any motions *in limine* shall be filed by the parties by August 11, 2026, oppositions to any motions *in limine* shall be filed by August 18, 2026, and any replies thereto shall be filed by August 21,

/////

/////

2026. All other dates and deadlines, including those set by the assigned magistrate judge's pre-trial order (Doc. No. 157) remain unchanged.

IT IS SO ORDERED.

Dated: **July 13, 2026**

Dale A. Drozd
DALE A. DROZD
UNITED STATES DISTRICT JUDGE