UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN PENN BIVINS,

Plaintiff,

v.

CHRIS SARBIA,

Defendant.

No. 2:18-cv-02671-DAD-DMC

ORDER DISMISSING THIS ACTION DUE TO PLAINTIFF'S FAILURE TO PROSECUTE

On July 13, 2026, plaintiff John Penn Bivins failed to appear for the previously scheduled trial confirmation hearing in this case. (Doc. No. 158.) Accordingly, on that same date the court ordered plaintiff to show cause in writing by no later than July 27, 2026 why this action should not be dismissed due to his failure to prosecute this action as evidenced by his failure to appear at the trial confirmation hearing. (Doc. No. 159.) Plaintiff has yet to respond to the court's order to show cause, and the time in which to do so has now passed. Plaintiff's failure to comply with the court's July 13, 2026 order demonstrates that he has abandoned the prosecution of this action.[1]

/////

/////

[1] In addition, the court notes that when the court served the minutes of the pretrial conference at which plaintiff failed to appear as well as the order to show cause on plaintiff at his address of record, each was returned to the court by the U.S. Postal Service as undeliverable, vacant, unable to forward.

Accordingly,

1. This action is hereby DISMISSED due to plaintiff's failure to prosecute this action;
2. All dates and deadlines, if any, in this case are hereby VACATED; and
3. The Clerk of the Court is directed to CLOSE this case.

IT IS SO ORDERED.

Dated: **August 5, 2026**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE